HAROLD FARLEY and Another, Appellants, v. THE EMPLOYERS' FIRE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

UNION TRUST COMPANY OF ROCHESTER, Respondent, v. LEAH KAPLAN and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 280.] Present — Sears, P. J., Edgcomb, Thompson and Lewis, JJ.

MARGARET BELCHER, an Infant, by DAISY BELCHER, Her Guardian ad Litem, and DAISY BELCHER, Respondents, v. MARGARET HASKELL and EUGENE HASKELL, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

SAM CHIPPONA, Respondent, v. GENERAL RAILWAY SIGNAL COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Thompson, Crosby and Lewis, JJ.

BEULAH T. CRADDOCK, Respondent, v. FRED H. GORDON, JR., and Others Appellants, F. LEE CRADDOCK, Defendant.— Motion for a reargument denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.